

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| MEMO ENDORSED |

*86 Chambers Street*
*New York, New York 10007*

 November 13, 2019

By ECF
Hon. Judge Valerie E. Caproni
United States District Judge
United States Courthouse
40 Centre Street
New York, New York 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 11/13/2019___ |

        Re: *Reeves v. United States*,
            19 Civ. 8629 (VEC)

Dear Judge Caprioni:

        This Office represents the United States in this action filed pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346 *et seq.* The Government writes respectfully to seek a sixty day extension of time, from November 29, 2019, to January 28, 2020, to respond to the complaint. Additional time is needed because I was recently assigned to this matter, and I have not yet had sufficient time to consult with agency counsel and obtain documents necessary to respond to the complaint. Additionally, I write respectfully to request an adjournment of the initial conference scheduled for November 15, 2019, until after the Government's deadline to file an answer. [ECF No. 6]. This is the Government's first request for an extension and for an adjournment of the conference, and Plaintiff's counsel consents to both requests.

        I thank the Court for its consideration of these requests.

Application GRANTED. The
Government's time to respond is extended
to **January 28, 2020.** The initial pretrial
conference is adjourned to **January 31,
2020 at 10:00 a.m.** The parties' joint
submissions are due by **January 23, 2020.**

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

 SO ORDERED.

By: _/s/_____
KIRTI VAIDYA REDDY
Assistant United States Attorney
(212) 637-2751

                          11/13/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

  cc: BY ECF

        counsel of record