**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 21, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020
```

**MEMO ENDORSED**

By ECF
Hon. Judge Valerie E. Caproni
United States District Judge
United States Courthouse
40 Centre Street
New York, New York 10007

Re: *Reeves v. United States*,
    19 Civ. 8629 (VEC)

Dear Judge Caproni:

This Office represents the United States in this action filed pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346 *et seq.* The Government writes respectfully to seek an additional two-week extension of time, from January 28, 2020 to February 11, 2020, to respond to the complaint. Additional time is needed because the agency just assigned a new counsel to this matter, and he has not yet obtained the administrative file and other information necessary for the Government to respond to the complaint.

Additionally, I write respectfully to request an adjournment of the initial conference scheduled for January 31, 2020 at 10:00 a.m., until after the Government's deadline to file an answer. [ECF No. 9]. This is the Government's second request for an extension and for an adjournment of the conference, and Plaintiff's counsel consents to both requests.

I thank the Court for its consideration of these requests.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _/s/Kirti Reddy_____
KIRTI VAIDYA REDDY
Assistant United States Attorney
(212) 637-2751

> Application GRANTED. The Government's time to respond to the complaint is extended until **February 11, 2020**. The initial pretrial conference is adjourned to **February 14, 2020 at 10:00 a.m.** The parties' joint submission is due **February 6, 2020.**

SO ORDERED.

*[signature]* 1/22/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: BY ECF
    counsel of record