**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL REEVES,

                Plaintiff,

-against-                             19 **CIVIL** 8629 (SN)

                                           **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 2, 2020, the Government's motion to dismiss for lack of subject matter jurisdiction is granted. Because the Court has determined that it does not have jurisdiction to hear these claims, there is no need to address the Government's remaining arguments; accordingly, this case is closed.

**Dated:**  New York, New York

      November 2, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                 **BY:**    *K. Mango*

                                                          **Deputy Clerk**