UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 8/29/2022
```

MICHAEL REEVES,

                              Plaintiff,                    **19-CV-08629 (SN)**

             -against-                                      **ORDER**

UNITED STATES OF AMERICA,

                              Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 19, 2022, the Court of Appeals issued an order affirming in part and vacating in part this Court's opinion and order dismissing the case for lack of subject matter jurisdiction. By no later than September 9, 2022, the parties shall file a letter with the Court proposing next steps in the litigation.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       New York, New York
             August 29, 2022