UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL REEVES,

                              Plaintiff,                          19-CV-08629 (SN)

           -against-                                      **ORDER**

UNITED STATES OF AMERICA,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 6, 2023, Plaintiff filed a Second Amended Complaint. On May 8, 2023, Defendant filed an answer to this complaint.

Accordingly, the parties are directed to meet and confer to discuss what discovery remains to be completed. By May 23, 2023, the parties are directed to either file a letter proposing deadlines for outstanding discovery or notifying the Court that no further discovery is warranted.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       May 9, 2023
                 New York, New York