UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL REEVES,

                      **Plaintiff,**                      19-CV-08629 (SN)

        -against-                               **ORDER**

UNITED STATES OF AMERICA,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 24, 2023, the parties filed a joint letter updating the Court on the status of discovery. ECF No. 62. The parties informed the Court of an ongoing dispute over a limited waiver and a draft protective order that would enable the parties to exchange confidential information. Accordingly, a conference to discuss this issue is scheduled for Wednesday, August 2, 2023, at 10:00 a.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If the parties believe additional briefing would be helpful for the Court to resolve this matter, they may each file a letter, not to exceed three pages, by August 1, 2023.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      July 25, 2023
                New York, New York