```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL REEVES,

                      **Plaintiff,**                      19-CV-08629 (SN)

      -against-                              **ORDER**

UNITED STATES OF AMERICA,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 2, 2023, the Court held a conference to discuss the parties' ongoing discovery disputes. The parties are directed to meet and confer on the proposed protective order. Plaintiff shall send Defendant comments on the proposed protective order by Monday, August 14, 2023. If the parties continue to dispute the terms, they are directed to file a letter by August 21, 2023, identifying the areas of dispute and the basis for the dispute.

        Finally, because attorney Kirti Vaidya Reddy no longer works and the U.S. Attorney's Office, her representation of the United States has presumably concluded. Accordingly, the Court respectfully asks the Clerk of Court to terminate her appearance.

**SO ORDERED.**

                                                                        _____
                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:      August 2, 2023
                 New York, New York