UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHAEL REEVES,

                         **Plaintiff,**

        -against-

UNITED STATES OF AMERICA,

                        **Defendant.**
----------------------------------------------------------------X

19-CV-08629 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2024

**SARAH NETBURN, United States Magistrate Judge:**

      By January 5, 2024, the parties were ordered to file a joint letter updating the Court on the status of discovery. ECF No. 75. To date, no such letter has been filed. Accordingly, the parties are ordered to file that joint status letter by January 12, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 9, 2024
              New York, New York