UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL REEVES,

                               **Plaintiff,**                                 **19-CV-08629 (SN)**

               -against-                                **ORDER GRANTING *PRO BONO* COUNSEL**

UNITED STATES OF AMERICA,

                               **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff. The Second Circuit Court of Appeals remanded this case to the District Court to determine whether it has subject-matter jurisdiction over Plaintiff's excessive force claim. The Court of Appeals wrote that "jurisdiction over the excessive force claim may turn on the nature of the force alleged – a factual issue that was not sufficiently developed below." ECF No. 39. Fact discovery is nearly complete. Counsel would assist Plaintiff with completing fact discovery and with exchanging expert discovery. Additionally, counsel would represent Plaintiff at a mediation conference on May 2, 2024.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:       February 22, 2024
                    New York, New York