```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL REEVES,

                            **Plaintiff,**                                           19-CV-08629 (SN)

        -against-                                                    **ORDER**

UNITED STATES OF AMERICA,

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff's counsel has contacted the Court *ex parte* regarding safety concerns for the Plaintiff. The Court is docketing this communication under seal for view only by Plaintiff. It is unclear what relief is sought. To the extent counsel is concerned about the Plaintiff's safety, counsel should contact the appropriate authorities. If the Plaintiff believes that a conference with defense counsel would be appropriate, the Plaintiff may request a conference.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      August 22, 2024
                 New York, New York