UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL REEVES,

                           **Plaintiff,**                       19-CV-08629 (SN)

             -against-                    **ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

                           **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 8, 2024, the parties were referred to the Court-annexed Mediation Program. A mediation conference was held on September 23, 2024, and the Mediator has informed the Court that an agreement was reached by the parties on all outstanding issues. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     September 24, 2024
                New York, New York